UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BURT A. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESLEE BROOKS, DELIGHT GRISWOLD, SAMANTHA MAY, WARDEN B. TRUE and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 18-cv-146-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

　　IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Burt A. Smith's claim against defendant United States of America is dismissed without prejudice; and

　　IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Burt A. Smith's claims against defendants Leslee Brooks, Delight Griswold, Samantha May and Warden B. True are dismissed with prejudice and without costs.

**DATED: July 16, 2019**

　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**